CLOSED,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:25−cv−02721−DWL

| | |
|---|---|
| Bahr v. Securico Life Insurance Company | Date Filed: 07/31/2025 |
| Assigned to: Judge Dominic W Lanza | Date Terminated: 11/26/2025 |
| Cause: 47:227 Restrictions of Use of Telephone Equipment | Jury Demand: Plaintiff |
| | Nature of Suit: 485 Telephone Consumer Protection Act (TCPA) |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Jonathan Bahr**<br>*individually and on behalf of a class of all persons and entities similarly situated* | represented by | **Anthony Paronich**<br>Paronich Law PC<br>350 Lincoln St., Ste. 2400<br>Hingham, MA 02043<br>508−221−1510<br>Email: anthony@paronichlaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Securico Life Insurance Company** | represented by | **Ian M Davis**<br>McGinnis Lochridge LLP<br>1111 W 6th St., Bldg. B, Ste. 400<br>Austin, TX 78703<br>512−495−6130<br>Email: idavis@mcginnislaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2025 | 1 | COMPLAINT. Filing fee received: $405.00, receipt number AAZDC−24567492 filed by Jonathan Bahr. (submitted by Anthony Paronich) (Attachments: # 1 Civil Cover Sheet)(REK) (Entered: 07/31/2025) |
| 07/31/2025 | 2 | SUMMONS Submitted by Jonathan Bahr. (submitted by Anthony Paronich) (REK) (Entered: 07/31/2025) |
| 07/31/2025 | 3 | Filing fee paid, receipt number AAZDC−24567492. This case has been assigned to the Honorable Dominic W Lanza. All future pleadings or documents should bear the correct case number: CV−25−02721−PHX−DWL. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK) (Entered: 07/31/2025) |
| 07/31/2025 | 4 | |

| | | |
|---|---|---|
| | | Summons Issued as to Securico Life Insurance Company. (REK). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 07/31/2025) |
| 07/31/2025 | Ï 5 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Jonathan Bahr. Document not in compliance with LRCiv 7.1(a)(1) – Attorney filing information must be typed in upper left corner. *No further action is required*. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (REK) (Entered: 07/31/2025) |
| 08/05/2025 | Ï 6 | *SERVICE EXECUTED filed by Jonathan Bahr: Return of Service re: Summons and Complaint upon Securico Life Insurance Company via Linda Ofori on August 4, 2025. (Paronich, Anthony) *Modified to add defendant served on 8/6/2025 (REK). (Entered: 08/05/2025) |
| 08/07/2025 | Ï | Remark: Pro hac vice motion(s) granted for Anthony Paronich on behalf of Plaintiff Jonathan Bahr. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 08/07/2025) |
| 08/18/2025 | Ï | Remark: Pro hac vice motion(s) granted for Ian M Davis on behalf of Defendant Securico Life Insurance Company. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 08/18/2025) |
| 08/25/2025 | Ï 7 | *MOTION to Dismiss for Failure to State a Claim, MOTION to Strike *Class Allegations* by Securico Life Insurance Company. (Davis, Ian) *Modified to correct motion type and text on 8/26/2025 (REK). (Entered: 08/25/2025) |
| 08/25/2025 | Ï 8 | MOTION to Change Venue/Transfer Case to United States District Court for the Western District of Texas, Austin Division by Securico Life Insurance Company. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Davis, Ian) (Entered: 08/25/2025) |
| 09/03/2025 | Ï 9 | First AMENDED COMPLAINT against Securico Life Insurance Company filed by Jonathan Bahr.(Paronich, Anthony) (Entered: 09/03/2025) |
| 09/03/2025 | Ï 10 | RESPONSE in Opposition re: 8 MOTION to Change Venue/Transfer Case to United States District Court for the Western District of Texas, Austin Division filed by Jonathan Bahr. (Attachments: # 1 Exhibit 1)(Paronich, Anthony) (Entered: 09/03/2025) |
| 09/09/2025 | Ï 11 | ORDER – On July 31, 2025, Plaintiff filed the complaint. (Doc. 1 .) On August 25, 2025, Defendant moved to dismiss the complaint and/or strike the complaint's class allegations. (Doc. 7 .) On September 3, 2025, Plaintiff filed a First Amended Complaint ("FAC"). (Doc. 9 .) However, the FAC was not accompanied by a notice indicating whether the amendment is "as a matter of course" or "by consent" and attaching "a copy of the amended pleading that indicates in what respect it differs from the pleading which it amends [via redlines]." See LRCiv 15.1(b). Accordingly, IT IS ORDERED that the pending motion to dismiss (Doc. 7 ) is denied as moot. Ramirez v. Cnty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("[A]n amended complaint supersedes the original, the latter being treated thereafter as non−existent."). IT IS FURTHER ORDERED that within seven days of the issuance of this order, Plaintiff must file a notice attaching a redlined version of the FAC, as is required by LRCiv 15.1(b). Ordered by Judge Dominic W Lanza on 9/9/25. (SLQ)(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 12 | Additional Attachments to Main Document re: 9 Amended Complaint, 11 Order on Motion to Dismiss for Failure to State a Claim,,,,, Order on Motion to Strike,,,, *Redlined First Amended Complaint* by Plaintiff Jonathan Bahr. (Paronich, Anthony) (Entered: 09/09/2025) |
| 09/10/2025 | Ï 13 | NOTICE TO FILER OF DEFICIENCY re: 12 Additional Attachments to Main Document filed by Jonathan Bahr. Document not in compliance with LRCiv 15.1(b) – The amending party must file a separate notice of filing the amended pleading. The submitted document is only the redlined |

| | | |
|---|---|---|
| | | version of the amended complaint. The item is supposed to be an attachment to a Notice of Filing an Amended Pleading. *FOLLOW–UP ACTION REQUIRED:* Please use event Notice of Filing – Amended Pleading (LRCiv 15.1(b)) and attach a copy of the amended pleading that indicates in what respect it differs from the pleading which it amends, by bracketing or striking through the text that was deleted and underlining the text that was added. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (REK) (Entered: 09/10/2025) |
| 09/10/2025 | 14 | NOTICE of Filing Amended Pleading pursuant to LRCiv 15.1(b) by Jonathan Bahr . (Attachments: # 1 Exhibit Redlined Version of Amended Complaint)(Paronich, Anthony) (Entered: 09/10/2025) |
| 09/10/2025 | 15 | REPLY to Response to Motion re: 8 MOTION to Change Venue/Transfer Case to United States District Court for the Western District of Texas, Austin Division filed by Securico Life Insurance Company. (Davis, Ian) (Entered: 09/10/2025) |
| 09/23/2025 | 16 | PRELIMINARY ORDER – IT IS FURTHER ORDERED that Plaintiff(s) must promptly serve a copy of this Order on any Defendant(s) that have not yet appeared and file a notice of service with the Clerk of Court. IT IS FURTHER ORDERED that unless the Court orders otherwise, the Clerkof Court shall terminate without further notice any Defendant in this action that has notbeen served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure within 90 daysof filing the complaint. Signed by Judge Dominic W Lanza on 9/22/25. (SLQ) (Entered: 09/23/2025) |
| 10/01/2025 | 17 | ANSWER to 9 Amended Complaint by Securico Life Insurance Company.(Davis, Ian) (Entered: 10/01/2025) |
| 11/26/2025 | 18 | ORDER: Defendant's motion to transfer 8 is granted. The Clerk shall transfer this action to the United States District Court for the Western District of Texas, Austin Division. See document for complete details. Signed by Judge Dominic W Lanza on 11/26/2025. (KLG) (Entered: 11/26/2025) |