## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AT AUSTIN

JONATHAN BAHR, individually
and on behalf of a class of all persons and
entities similarly situated,

      Plaintiffs,

vs.                                        Case No. 25-cv-1950

SECURICO LIFE INSURANCE COMPANY

      Defendants

## **ENTRY OF APPEARANCE**

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this December 8, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
W.D. Tex. # 333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.coSem

## **CERTIFICATE OF SERVICE**

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on December 8, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

1