IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JONATHAN BAHR, individually and on behalf of all others similarly situated, | : <br> : CIVIL ACTION FILE NO. 25-cv-1950 <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| SECURICO LIFE INSURANCE COMPANY | : <br> : |
| Defendant. | : <br> : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Dated: January 5, 2026

*/s/ Anthony Paronich*
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

***Counsel for Plaintiff***

*/s/ Ian Davis*
Ian Davis
State Bar No. 24120793
MCGINNIS LOCHRIDGE LLP
1111 West 6th Street, Bldg. B, Ste. 400
Austin, Texas 78703
idavis@mcginnislaw.com

***Counsel for Defendant Securico Life Insurance Company***