IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JONATHAN BAHR, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SECURICO LIEF INSURANCE COMPANY,<br>　　　　　　　　Defendant. | §<br>§<br>§<br>§<br>§　No. 1:25-cv-1950-DAE<br>§<br>§<br>§<br>§ |

ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal, filed on January 5, 2026.  (Dkt. # 18.)  The filing informs the Court that the Parties seeks to dismiss all claims in the case.  (Id.)  Pursuant to the filing, the Court hereby **ORDERS** that the case be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and fees.  The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

　　**IT IS SO ORDERED.**

　　**DATED**: Austin, Texas, January 6, 2026.

_____
David Alan Ezra
Senior United States District Judge